■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RUPNARAIN, Appellant. [749 NYS2d 887] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered January 26, 2000, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree (two counts), upon a jury verdict, and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court's *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371), permitting the prosecutor to cross-examine the defendant concerning two prior convictions of assault and robbery, was proper. Those convictions were relevant to the issues of the defendant's credibility as a witness and his willingness to place his interests above those of society (*see People v Bennette,* 56 NY2d 142; *People v Williams,* 249 AD2d 427, 428).

The defendant's objections to the allegedly prejudicial comments made by the prosecutor during his cross-examination of defense witnesses and on summation are largely unpreserved for appellate review (*see* CPL 470.05 [2]), or are without merit (*see People v Singh,* 299 AD2d 498 [decided herewith]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Santucci, J.P., Feuerstein, O'Brien and Luciano, JJ., concur.